UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DELARM, | No. 2:14-cv-2792 DB P |
| Plaintiff, | |
| v. | ORDER |
| E. BELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order filed March 20, 2017, the court dismissed plaintiff's first amended complaint and gave plaintiff thirty days to file a second amended complaint. Those thirty days have passed and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

Plaintiff was advised in the March 20 order that his failure to file a second amended complaint in accordance with that order may result in a recommendation that this action be dismissed. Plaintiff will be given one more opportunity to file a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a second amended complaint in compliance with the court's March 20, 2017

////

////

1

order.  Plaintiff's failure to file a timely second amended complaint will result in a recommendation that this case be dismissed.

DATED:  May 2, 2017

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/dela2792.fta