UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DELARM,<br><br>    Plaintiff,<br><br>    v.<br><br>E. BELL, et al.,<br><br>    Defendants. | No. 2:14-cv-2792 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order filed March 20, 2017, the court dismissed plaintiff's first amended complaint and gave plaintiff thirty days to file a second amended complaint. In an order filed May 2, 2017, the court noted that plaintiff had failed to file a second amended complaint within the thirty-day period. The court gave plaintiff thirty additional days to file a second amended complaint. Plaintiff was warned that his failure to file a timely second amended complaint would result in a recommendation that this action be dismissed.

Thirty days have passed since the court issued the May 2 order and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

Accordingly, the Clerk of the Court is HEREBY ORDERED to assign a district judge to this case; and

////

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 12, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/dela2792.fta.ext